CLOSED, MAG, MDL, STAYED, TRANSFERRED

**U.S. District Court**
**SOUTHERN DISTRICT OF TEXAS (Houston)**
**CIVIL DOCKET FOR CASE #: 4:07-cv-01394**
**Internal Use Only**

Cavazos v. C R Bard Inc et al
Assigned to: Judge Lynn N. Hughes
Referred to: Magistrate Judge Stephen Smith
Demand: $75,000
Cause: 28:1332 Diversity-(Citizenship)

Date Filed: 04/24/2007
Date Terminated: 09/06/2007
Jury Demand: Both
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Ruben Cavazos** represented by **Christopher T Kirchmer**
Provost Umprhey Law Firm
490 Park Street
Beaumont, TX 77701
409-835-6000
Fax: 409-838-8888
Email: ckirchmer@provostumphrey.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**C R Bard Inc** represented by **D Mitchell McFarland**
Harrison Bettis et al
500 Dallas Street
Ste 2600
Houston, Tx 77002
713-843-7900
Fax: 713-843-7901
Email: mitch.mcfarland@harrisonbettis.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*




**Caroline C Schadle**
Harrison Bettis LLP
500 Dallas
Ste 2600
Housotn, TX 77002
713-843-7891
Fax: 713-655-7526

Email:
carrie.schadle@harrisonbettis.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Davol Inc** represented by **Caroline C Schadle**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**D Mitchell McFarland**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/25/2007 | 1 | COMPLAINT with Jury Demand against all defendants (Filing fee $350.00 receipt number 2615201) filed by Ruben Cavazos.(Kirchmer, Christopher) Modified on 4/25/2007 (ltien, ). (Entered: 04/25/2007) |
| 04/25/2007 | 2 | ORDER FOR CONFERENCE. Initial Conference set for 7/23/2007 at 10:00 AM in Room 11122 before Judge Lynn N. Hughes.( Signed by Judge Lynn N. Hughes ) Parties notified.(mmapps, ) (Entered: 04/25/2007) |
| 05/10/2007 | 3 | General Reference to Magistrate Judge Stephen Smith.(Signed by Judge Lynn N. Hughes) Parties notified. (dkelly, ) (Entered: 05/10/2007) |
| 05/10/2007 | | (Court only) ***Initial Pretrial Conference Deadline terminated. (dkelly, ) (Entered: 05/10/2007) |
| 05/15/2007 | 4 | ORDER for Initial Pretrial and Scheduling Conference and Order to Disclose Interested Persons. Initial Conference set for 7/19/2007 at 02:00 PM in Courtroom 702 before Magistrate Judge Stephen Wm Smith. ( Signed by Judge Stephen Wm Smith ) Parties notified. (jmarchand) (Entered: 05/15/2007) |
| 06/05/2007 | 5 | MOVANT Montiel's Sixth Notice of Tag-Along Action, filed. (jdav, ) (Entered: 06/05/2007) |
| 06/05/2007 | 6 | Proof of Service for the Sixth notice of Tag-along Action, filed. (jdav, ) (Entered: 06/05/2007) |
| 06/12/2007 | 7 | WAIVER OF SERVICE Returned Executed as to C R Bard Inc served on 4/26/2007, answer due 6/25/2007, filed.(Kirchmer, Christopher) (Entered: 06/12/2007) |
| 06/12/2007 | 8 | WAIVER OF SERVICE Returned Executed as to Davol Inc served on 4/26/2007, answer due 6/25/2007, filed.(Kirchmer, Christopher) (Entered: 06/12/2007) |

| | | |
|---|---|---|
| 06/20/2007 | 9 | ANSWER to 1 Amended Complaint with Jury Demand by C R Bard Inc and Davol Inc, filed.(Schadle, Caroline) Modified on 6/20/2007 (sbyrum, ). (Entered: 06/20/2007) |
| 06/20/2007 | 10 | Corporate Disclosure Statement by C. R. Bard, Inc. and Davol Inc, filed. (Schadle, Caroline) Modified on 6/20/2007 (sbyrum, ). (Entered: 06/20/2007) |
| 07/10/2007 | 11 | Unopposed MOTION to Stay Motions referred to Stephen Smith. by all defendants, filed. Motion Docket Date 7/30/2007. (Attachments: # 1 Exhibit Exhibit A# 2 Exhibit Exhibit B# 3 Proposed Order Proposed Order)(McFarland, D) (Entered: 07/10/2007) |
| 07/16/2007 | 12 | ORDER granting 11 Motion to Stay pending transfer to MDL Judicial Panel. ( Signed by Judge Stephen Wm Smith ) Parties notified. (jmarchand) (Entered: 07/16/2007) |
| 07/16/2007 | | ***Deadlines terminated. Case stayed. (jmarchand) (Entered: 07/16/2007) |
| 09/06/2007 | 13 | JPML CONDITIONAL TRANSFER ORDER (1) (certified copy) transferring case to District of Rhode Island to be included in MDL Docket No. 1842. Case terminated on 09/06/07. (kmurphy, ) (Entered: 09/06/2007) |
| 09/06/2007 | | Certified pdf copies of the complaint and docket sheet forwarded via email to the District of Rhode Island. (kmurphy, ) (Entered: 09/06/2007) |